```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

ERIC E. FIORE                                           PLAINTIFF

v.                        Case No. 07-2023

JUDGE FITZHUGH, Sebastian
County Circuit Court Judge;
NANCY BREWER, Sebastian County
Circuit Court Clerk; DENORA
COOMER, Sebastian County Circuit
Court Administrator; BARRY D.
NEAL, Attorney at Law; and
JUDGE TABOR, Sebastian County
Circuit Court Judge                                     DEFENDANTS

## ORDER

Now on this 20th day of June 2007, there comes on for consideration the report and recommendation filed herein on May 29, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, fail to state claims upon which relief may be granted and seek relief against defendants who are immune from suit, or are not presently cognizable under §1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**